UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDDY RAFAEL MATOS-LARA,<br><br>Defendant | Criminal No. 25cr10368<br><br>Violation:<br><br>Count One: Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering With a Federal Officer or Employee<br>(18 U.S.C. § 111(a)(1)) |

## INDICTMENT

### COUNT ONE
Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering
With a Federal Officer or Employee
(18 U.S.C. § 111(a)(1))

The Grand Jury charges:

On or about June 16, 2025, in the District of Massachusetts, the defendant,

EDDY RAFAEL MATOS-LARA,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated under 18 U.S.C. § 1114, that is, Border Patrol Agents, while the Border Patrol Agents were engaged in and on account of the performance of official duties, and where such acts involved physical contact with the Border Patrol Agents.

All in violation of Title 18, United States Code, Section 111(a)(1).

1

A TRUE BILL

_____
FOREPERSON

_____
DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: SEPTEMBER 11, 2025
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
_____
DEPUTY CLERK    at 4:10 PM